UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARROLL BROWNE,

           Plaintiff,

-against-            NOTICE OF SETTLEMENT
                            Case No.: 2:13-cv-01125-ADS-GRB

GC SERVICES, LP,

           Defendant.

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, CARROLL BROWNE ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: April 18, 2013                    RESPECTFULLY SUBMITTED,

                                                    KROHN & MOSS, LTD.

                                   By: /s/ Adam T. Hill

                                        Adam T. Hill
                                        KROHN & MOSS, LTD.
                                        10 N. Dearborn St., 3rd Fl.
                                        Chicago, Illinois 60602
                                        Telephone: 312-578-9428
                                        Telefax: 866-802-0021
                                        ahill@consumerlawcenter.com
                                        Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to defendant at the below address:

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081

                                                            By:    /s/ Adam T. Hill

                                                                           Adam T. Hill
                                                                           KROHN & MOSS, LTD.
                                                                           10 N. Dearborn St., 3rd Fl.
                                                                           Chicago, Illinois 60602
                                                                           Telephone: 312-578-9428
                                                                           Telefax: 866-802-0021
                                                                           ahill@consumerlawcenter.com
                                                                           Attorneys for Plaintiff