UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARROLL BROWNE,<br><br>                Plaintiff,<br><br>-against-<br><br>GC SERVICES, LP,<br><br>                Defendant. | Case No.: 2:13-cv-01125-ADS-GRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      CARROLL BROWNE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, GC SERVICES, LP (Defendant), in this case.

DATED:  May 13, 2013            RESPECTFULLY SUBMITTED,

                                      KROHN & MOSS, LTD.

                                      By: /s/ Adam T. Hill

                                          Adam T. Hill
                                          KROHN & MOSS, LTD.
                                          10 N. Dearborn St., 3rd Fl.
                                          Chicago, Illinois 60602
                                          Telephone:  312-578-9428
                                          Telefax:  866-802-0021
                                          ahill@consumerlawcenter.com
                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081

By: /s/ Adam T. Hill

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-802-0021
ahill@consumerlawcenter.com
Attorneys for Plaintiff